Entered on Docket
December 31, 2009

Hon. Linda B. Riegle
United States Bankruptcy Judge

Electronically Filed on _____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement Dated as of June 1, 2007 Securitized Asset Backed Receivables LLC Trust 2007-BR5 Mortgage Pass-Through Certificates, Series 2007-BR5
09-77532

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-28463-lbr |
| Harvey Ray Barnett and Linda Margaret Barnett | Date: 12/1/2009<br>Time: 1:00 pm |
| Debtors. | Chapter 7 |

## <u>ORDER VACATING AUTOMATIC STAY</u>

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement Dated as of June 1, 2007 Securitized Asset Backed Receivables LLC Trust 2007-BR5 Mortgage Pass-Through Certificates, Series 2007-BR5, its assignees and/or successors in interest, of the subject property, generally described as 16350 2nd St, Lower lake, CA 95457, and legally described as follows:

> The East half of Lot I in Block 3, as shown on that certain map entitled, "Lower Lake", filed in the office of the County Recorder of said Lake County in Book I of Town Maps at page 46, more particularly described as follows;
>
> Beginning at the Southwest corner of Lot 2 in Block 3,
> thence West 80 feet;
> thence North 160 feet;
> thence East 80 feet;
> thence South 160 feet to the place of beginning

///
///
///
///
///
///
///
///
///
///

1         **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

2  **give Debtors at least five business days' notice of the time, place and date of sale.**

3               DATED this _____ day of _____ 2009

4  Submitted by:

5  **WILDE & ASSOCIATES**

6  By: _____ Gregory L. Wilde, Esq_____

7  **Gregory L. Wilde, Esq.**
    Attorney for Secured Creditor

8  208 South Jones Boulevard
    Las Vegas, Nevada 89107

9

10  APPROVED / DISAPPROVED

11  By:_____
    Barry Levinson

12  2810 S. Rainbow Blvd.
    Las Vegas, NV 89146

13  Attorney for Debtor(s)

14  Nevada Bar No:_____

15  APPROVED / DISAPPROVED

16
    By:_____

17  James F. Lisowski, Sr.
    P.O Box 95695

18  Las Vegas, NV  89193
    Chapter 7 Trustee

19

20

21

22

23

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:
In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
_____   The court waived the requirements of LR 9021.
_____   No parties appeared or filed written objections, and there is no trustee appointed in the case.
__x_   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any
            unrepresented  parties who appeared at the hearing, and any trustee appointed in this case,
            and each has approved or disapproved the order, or failed to respond, as indicated below
            (list each party and whether the party has approved, disapproved, or failed to respond to the
            document):

(List Parties)
Debtor's counsel:
_____   approved the form of this order            _____   disapproved the form of this order

_____   waived the right to review the order and/or    _x_   failed to respond to the document

_____   appeared at the hearing, waived the right to review the order

_____   matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
_____   approved the form of this order            _____   disapproved the form of this order

_____   waived the right to review the order and/or    _x_   failed  to respond to the document

Other Party:_____
_____   approved the form of this order            _____   disapproved the form of this order

_____   waived the right to review the order and/or    _____   failed  to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach.  Copies of

         this proposed order were transmitted to Debtor's counsel and appointed trustee to which

         they have not replied


Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor